Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff GILBERT MARQUEZ ACOSTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MARQUEZ ACOSTA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | Case No.:  1:15-cv-01765-BAM<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gilbert Marquez Acosta ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 23, 2016; and that Defendant shall have until October 24, 2016, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due November 8, 2016.

An extension of time for plaintiff is needed in order to properly prepare plaintiff's motion addressing the legal issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 25, 2016            Respectfully submitted,

                                       LAW OFFICES OF LAWRENCE D. ROHLFING

                                       /s/ *Steven G. Rosales*
                           BY: _____
                                    Steven G. Rosales
                                    Attorney for plaintiff

DATE:  July 25, 2016           BENJAMIN WAGNER
                                       United States Attorney
                                       Donna L. Calvert
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration


                                       */S/- Timothy R. Bolin
                                       _____
                                       Timothy R. Bolin
                                       Special Assistant United States Attorney
                                       Attorney for Defendant
                                       [*Via email authorization]

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including September 23, 2016, in which to file Plaintiff's Opening Brief; Defendant shall have an extension of time, to and including October 24, 2016, in which to file an opposition, if any, to Plaintiff's Opening Brief.  Plaintiff's reply, if any, shall be filed on or before November 8, 2016.

IT IS SO ORDERED.

Dated:   **July 26, 2016**                                  /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE