Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff GILBERT MARQUEZ ACOSTA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MARQUEZ ACOSTA, | Case No.:   1:15-cv-01765-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner | |
| of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gilbert Marquez Acosta ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 4, 2016; and that Defendant shall have until December 5, 2016, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due December 20, 2016.

-1-

1       A second extension of time for plaintiff is needed in order to properly address the issues

2   within the administrative record in this matter as well as the demands arising from complications

3   related to Counsel Spouse's terminal illness which has unexpectedly worsened in the last few

4   weeks.  Subsequent to a surgical procedure on July 6, 2016 to remove tumors in the spine/hip as

5   a result of stage 4 breast cancer, Counsel's spouse was not discharged until July 9, 2016 and then

6   Counsel's spouse was re-admitted to the hospital for 5 days on July 15, 2016 due to

7   complications arising from the July 6th surgery.  Counsel's spouse was also admitted on August

8   1, 2016 and then discharged on August 5, 2016, to provide treatment for intractable pain related

9   to the terminal illness.  Upon discharge from the hospital, due to a deterioration in her condition

10  in the last few weeks, Counsel's spouse now requires in home medical assistance 24 hours a day

11  and Counsel has been required to devout time to planning and managing the transition to end of

12  life care.  Counsel required time to deal with this change in condition and has taken steps to

13  secure the at home hospice level care which his spouse now requires in order to better allow him

14  to attend to his professional obligations.

15      Counsel sincerely apologizes to the court for any inconvenience this may have had upon

16  it or its staff.

17  DATE: September 28, 2016          Respectfully submitted,

18                                   LAW OFFICES OF LAWRENCE D. ROHLFING

19                            /s/ *Steven G. Rosales*

                BY: _____

20                         Steven G. Rosales
                       Attorney for plaintiff

21

22  DATE:  September 29, 2016  BENJAMIN WAGNER
                         United States Attorney

23                         Donna L. Calvert
                       Regional Chief Counsel, Region IX

24                         Social Security Administration

25

26                         */S/- Timothy R. Bolin

                       _____

-2-

1    Timothy R. Bolin
     Special Assistant United States Attorney
2    Attorney for Defendant
     [*Via email authorization]
3

4

5              **<u>ORDER</u>**

6          IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and

7    including November 4, 2016, in which to file Plaintiff's Opening Brief; Defendant may have an

8    extension of time to December 5, 2016 to file his opposition, if any is forthcoming.  Any reply

9    by Plaintiff will be due December 20, 2016.  The Court will be accommodating to Counsel's

10   further requests in light of the medical condition.

11

12   IT IS SO ORDERED.

13   Dated:   **September 30, 2016**          /s/ *Barbara A. McAuliffe*

14                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26