Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff GILBERT MARQUEZ ACOSTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MARQUEZ ACOSTA, | Case No.: 1:15-cv-01765-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gilbert Marquez Acosta ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to December 12, 2016; and that Defendant shall have until January 11, 2017, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due January 26, 2017.

1   This Court is aware that Counsel's Spouse battled Stage IV breast cancer
2  which metastasized initially to her liver and continued to progress with tumors in
3  her lungs, spine and brain. After exhausting all known chemotherapy treatments
4  over 18 months ago and surviving on willful determination and profound faith
5  alone Counsel's wife has succumbed to her illness. On September 30, 2016
6  Counsel gently held his wife as she relinquished her fight and passed away.
7  Counsel required time to deal with providing the appropriate respect to his spouse
8  and to assist his two elementary school age children return to a normal routine.
9  Counsel sincerely apologizes to the court for any inconvenience this may have had
10 upon it or its staff

DATE: November 16, 2016       Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff PHILLIPS J. MONTALVO

DATE:  November 16, 2016      BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Timothy R. Bolin
_____
Timothy R. Bolin
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, including until December 12, 2016, in which to file Plaintiff's Opening Brief. Defendant shall have an extension of time to January 11, 2017 to file his opposition, if any is forthcoming. Any reply by Plaintiff will be due January 26, 2017.

IT IS SO ORDERED.

Dated:   **November 22, 2016**         /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE